**COMMONWEALTH ex. rel. Willie M. WILLIAMS, Appellant,**

**v.**

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 31, 2007.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.